# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY, | Case No.: 2:17-CV-06468-PSG-AS |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | District Judge: Philip S. Gutierrez |
| BRASSCRAFT MANUFACTURING COMPANY, and DOES 1 through 40, inclusive, | Magistrate Judge: Alka Sagar<br>Complaint filed: 8/03/2017<br>Removal Date: 8/31/2017<br>Trial: 9/11/2018 |
| Defendants. | |

The Court having been advised by counsel that the above-captioned action has been settled;

**IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed, with prejudice, in its entirety, including the Complaint. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action. Each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED:**

DATED: 6/28/18

PHILIP S. GUTIERREZ
Philip S. Gutierrez
United States District Judge

- 1 -
**ORDER DISMISSING CIVIL ACTION**